No. 04–7308. IN RE GEORGE; and
No. 04–7378. IN RE NIMMONS. Petitions for writs of mandamus denied.

No. 04–7414. IN RE WASHINGTON. Petition for writ of mandamus and/or prohibition denied.

No. 03–10745. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10879. OAKMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10911. GREEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–250. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–331. ORANDELLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–335. DiFRISCO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–429. ROSE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, ET AL. v. PLANNED PARENTHOOD OF SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–529. SUPERIOR PROTECTION, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 04–540. BAYOIL SUPPLY & TRADING LTD. v. GULF INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.